UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
October 4, 2018
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES OF AMERICA, )
                      Plaintiff, )
v. )
                                 )
MARIA C. VASQUEZ, )
                      Defendant. )

Case No. 2:18PO264-CKD

ORDER FOR RELEASE OF PERSON IN CUSTODY

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release __MARIA C. VASQUEZ__, Case No. __2:18PO264-CKD__, Charge __36CFR1.218(12)__, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of $__

        __ Unsecured Appearance Bond

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

        __ (Other) __

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __October 4, 2018__ at __2:41 pm__.
The defendant shall be released on 10/5/2018 at 9:00 a.m. to the pretrial services officer.

                                                       By   /s/ Allison Claire/s/ Allison Claire
                                                              Allison Claire
                                                              United States Magistrate Judge

Copy 2 - Court